# Valli Kane & Vagnini
## Attorneys at Law

600 Old Country Road  
St. 519  
Garden City, New York 11530

Tel: 516-203-7180  
Fax: 516-706-0248  
www.vkvlawyers.com

February 23, 2023

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **Dr. Joseph Wilson, Ph.D. v. State of New York et al.**
      **Civil Action No. 1:15-cv-00023-CBA-MMH**

Dear Judge Henry:

  We write to provide this status update, pursuant to the Court's Orders dated February 16, 2023 and December 14, 2022, which followed a status conference held on December 14, 2022, during which Plaintiff's counsel advised the Court that two boxes containing Plaintiff's materials were discovered. The Courts' Orders directed Plaintiff's counsel to identify the items in the boxes and notify the Court by letter if and how the identified items relate to Plaintiff's causes of action.

  Plaintiff and his undersigned counsel inspected the two boxes of documents located at the campus of the City University of New York ("CUNY"). The documents identified within the boxes were comprised primarily of student research papers, and of materials believed to belong to another CUNY Professor, with one exception, which was a one page item of correspondence dated April 1, 1991, from Ms. Carole Sue Kahana to Professor Wilson, concerning a Masters Seminar in Political Science, purporting to enclose 2 copies of a Policy Paper and a Postcard. The attachments were not contained in the boxes that were inspected.

Unfortunately, no other items of Professor Wilson's property were identified within the boxes inspected. As a result, the contents of the boxes do not materially impact the dispute between the parties.

          Respectfully submitted,

          VALLI KANE & VAGNINI LLP

          */s/ Matthew L. Berman*
          Matthew Berman, Esq.

cc:     All counsel of record (via ECF)